BENJAMIN D. HARGROVE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:      (406) 657-6989
E-mail: Benjamin.Hargrove@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
DEC 3 0 2022
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-153-BLG-SPW |
|---|---|
| Plaintiff, | INFORMATION |
| vs. | RECEIPT OF CHILD PORNOGRAPHY<br>Title 18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>(Penalty: Mandatory minimum five years to 20 years imprisonment, $250,000 fine, $5,000 special assessment, and five years to lifetime supervised release) |
| HOSSEIN CRISTIANO LUIGI BORHAN,<br><br>Defendant. | FORFEITURE<br>Title 18 U.S.C. § 2253(a) |

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 21, 2021 through on or about April 9, 2022 at Colstrip, in Rosebud County, in the State and District of Montana and elsewhere, the defendant, HOSSEIN CRISTIANO LUIGI BORHAN, knowingly received any visual depiction, that is digital images and video files, that had been shipped in and

1

affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

As a result of the commission of the crime described above, and upon his conviction, the defendant, HOSSEIN CRISTIANO LUIGI BORHAN, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a), all right, title and interest in property that represents property used to commit the offense, that is,

- a black Apple iPhone 11 Pro Max, Serial Number G6TCK03VN70H

_____
BENJAMIN D. HARGROVE
Assistant United States Attorney

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney